IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES KRUZ | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv253 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Charles Kruz, through counsel, filed the above-styled lawsuit against the Texas Department of Criminal Justice ("TDCJ") and David S. Dyer.  The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends that a motion to dismiss filed by TDCJ be granted and that the claim against defendant Dyer be dismissed for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation, along with the record and pleadings.  No objections to the Report and Recommendation have been filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 16] is ADOPTED as the opinion of the Court.  The motion to dismiss [Dkt. 15] is GRANTED.  A final  judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this 30th day of May**,** 2023.

_____
Michael J. Truncale
United States District Judge